[No. 2491.]

METZLER ET AL. v. CREBBIN.

**Appellate Practice—Abstracts of Record—Pleading—Judgment.**

An abstract of record which contains neither the pleadings nor judgment, nor anything from which a knowledge of the issues can be obtained, is meaningless and a judgment will not be reviewed upon such abstract but will be affirmed.

*Appeal from the District Court of Douglas County.*

Mr. CHAS. H. DYETT, for appellants.

Mr. HARRIE M. HUMPHREYS, for appellee.

Thomson, P. J.

We have before us a printed document labeled "Abstract of Record," which commences with a statement that this action was brought to set aside a deficiency judgment rendered in a foreclosure proceeding against the appellants, on the ground of irregularity of service of summons in the proceeding, and on the ground of fraud, and that the answer denied generally the allegations of the complaint. This is followed by what purports to be the testimony of certain witnesses, at the conclusion of which we are informed that "the court rendered its findings in favor of the defendant and against the plaintiffs, and rendered judgment accordingly." Except as recited above, the purported abstract contains no allusion to the pleadings or the judgment. It gives no hint which might warrant even a conjecture as to the nature of the supposed irregularity or the supposed fraud. Without a knowledge of the issues, the testimony is unintelligible; and we are left in utter ignorance of what the court found or adjudged. This so-called abstract of record is a totally meaningless document.

Let the judgment be affirmed.

*Affirmed.*